UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Iris Molina,

       Plaintiff,

   -against-

Harvard Maintenance,

       Defendant.
-------------------------------------------------------------X

20 Civ. 10993 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Order dated March 11, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

  WHEREAS, the initial pretrial conference is currently scheduled for May 6, 2021, at 10:50 a.m.;

  WHEREAS, the docket does not reflect that Defendant Harvard Maintenance has been served. A summons issued as to Harvard Maintenance on February 19, 2021. The Order dated February 18, 2021, directed the Clerk of the Court to deliver necessary materials to the U.S. Marshals Service so the Marshals could serve the summons and complaint; it is hereby

  **ORDERED** that the initial pretrial conference currently scheduled for May 6, 2021, is adjourned to **June 3, 2021, at 10:50 a.m.**

  The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff.

Dated: April 30, 2021
   New York, New York

                LORNA G. SCHOFIELD
               UNITED STATES DISTRICT JUDGE