UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
IRIS MOLINA,                                                :
                                    Plaintiff,              :
                                                            :        20 Civ. 10993 (LGS)
                        -against-                           :
                                                            :            ORDER
HARVARD MAINTENANCE,                                        :
                                                            :
                                    Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated April 30, 2021, required the parties to file a proposed joint

letter and case management plan no later than seven days before the initial pretrial conference

(Dkt. No. 13);

        WHEREAS, the initial pretrial conference is scheduled for July 1, 2021, at 10:50 A.M.;

        WHEREAS, Defendant was served on May 11, 2021.;

        WHEREAS, Defendant was required to respond to the Complaint by June 1, 2021;

        WHEREAS, Defendant has not appeared in this case and has not timely responded to the

Complaint;

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

        **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the

joint letter and proposed case management plan as soon as possible and no later than **July 1,**

**2021,** and shall explain why they have not complied with the Court's deadlines.  If Defendant

refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.

If Plaintiff is not in communication with Defendant, no later than **July 1, 2021**, Plaintiff shall file

a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and

(2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.  It is further

        **ORDERED** that the initial pretrial conference scheduled for July 1, 2021, at 10:50 A.M. is adjourned to **July 8, 2021, at 10:50 A.M.**

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: June 25, 2021
      New York, New York

                                   LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE