UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IRIS MOLINA, :
                Plaintiff, :
: 20 Civ. 10993 (LGS)
    -against- :
: ORDER
HARVARD MAINTENANCE, :
                Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 25, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for July 8, 2021, at 10:50 a.m.;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **July 6, 2021**, at **noon**.

    The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

Dated: July 2, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE