UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRIS MOLINA,
                        Plaintiff,

                -against-

HARVARD MAINTENANCE,
                        Defendant.
------------------------------------------------------------X

20 Civ. 10993 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 12, 2021, at 10:50 a.m.,

WHEREAS, the parties indicate that they are engaging in discussions regarding the arbitrability of the dispute. It is hereby

**ORDERED** that the August 12, 2021, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, the parties shall file a joint letter on ECF by **August 16, 2021**, stating if they are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program. The letter shall also state whether the parties agree to arbitrate Plaintiff's claims.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. The parties are reminded that Defendant's deadline to answer or otherwise respond to the Complaint is August 12, 2021.

Dated: August 9, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**