UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRIS MOLINA,
                              Plaintiff,

                 -against-

HARVARD MAINTENANCE,
                              Defendants.
------------------------------------------------------------X

20 Civ. 10993 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to dismiss or stay this case in favor of arbitration on August 13, 2021;

WHEREAS, Defendant seeks a stay of discovery during the pendency of its motion to dismiss. Plaintiff has agreed to the request to stay discovery. It is hereby

**ORDERED** that, for substantially the reasons argued by Defendant in its memorandum of law in support of its motion to dismiss, all discovery is **STAYED**.

Dated: August 16, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**