UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRIS MOLINA,                                   :
                Plaintiff,   :
                                  :
            -against-    :      20 Civ. 10993 (LGS)
                                  :
HARVARD MAINTENANCE,        :      <u>ORDER</u>
                Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Court's Opinion & Order, dated November 11, 2021 (Docket #46), required the parties to file a joint letter apprising the Court of the status of any arbitration every sixty days.

       WHEREAS, the parties failed to file the joint status letter. It is hereby

       **ORDERED** that the parties shall file the joint status letter by **January 20, 2022**.

Dated: January 18, 2022
       New York, New York

                                                               LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE