UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRIS MOLINA,
                      Plaintiff,

          -against-

HARVARD MAINTENANCE,
                      Defendant.
------------------------------------------------------------X

20 Civ. 10993 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 11, 2021, required the parties to file status letters every two months apprising the Court of the status of any arbitration;

WHEREAS, a status letter was due on or about November 11, 2022, and the parties failed to submit the letter. It is hereby

**ORDERED** that, by **November 18, 2022**, the parties shall file the status letter.

Dated: November 15, 2022
        New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE